P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
000 4279596      $ 00.406
OCT 01 2014
MAILED FROM ZIP CODE 78701

RE: WR-82,093-01

JAMES WESTLEY SWANSON

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**

UTF